**Gilbert J. BRIONES, Petitioner–Appellant,**

v.

**Roy A. CASTRO, Warden, Respondent–Appellee.**

No. 03–16057.

United States Court of Appeals, Ninth Circuit.

Submitted Dec. 9, 2004.*

Decided Dec. 16, 2004.

Gilbert J. Briones, Susanville, CA, pro se.

Bill Lockyer, Attorney General, California Attorney General's Office, San Francisco, CA, for Respondent–Appellee.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the

Before: D.W. NELSON, KLEINFELD, and GOULD, Circuit Judges.

MEMORANDUM **

We affirm the district court's denial of Briones's habeas petition.

The state court's decision was neither contrary to, nor an unreasonable application of, federal law as determined by the Supreme Court.[1] The state court concluded that the term "specific intent" includes both express and implied malice. We cannot review that determination of state law.[2] The jury was therefore not prevented from considering the effect of Briones's intoxication on his mental state if it concluded that intoxication had materially affected his mental state.

AFFIRMED.

---

courts of this circuit except as provided by Ninth Circuit Rule 36–3.

1. 28 U.S.C. § 2254(d)(1).

2. *Estelle v. McGuire,* 502 U.S. 62, 67–68, 112 S.Ct. 475, 116 L.Ed.2d 385 (1991).